**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00162-CV**
_____

**MICHAEL SHOMATE AND BRIANNE SHOMATE, Appellants**

**V.**

**SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-08-13306**

**MEMORANDUM OPINION**

Michael Shomate and Brianne Shomate filed a notice of accelerated appeal from the trial court's Order on Motions Related to Discovery and Abatement signed on March 27, 2026. We questioned whether the trial court signed a final judgment or an interlocutory order that is appealable as an accelerated appeal. The clerk's record has been filed, and after reviewing the record, we conclude the record does not contain a final appealable judgment or an interlocutory order that is appealable.

1

Appellants filed a response to the Clerk's notice, but their response failed to identify a statute that authorizes an accelerated appeal at this time.

Generally, in civil cases, appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); Tex. R. App. P. 28.1. We dismiss this appeal for want of jurisdiction.[1] *See id.* 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 20, 2026
Opinion Delivered May 21, 2026

Before Golemon, C.J., Johnson and Wright, JJ.

---

[1] We note that the Shomates separately filed a mandamus petition that the Clerk of the Court docketed as No. 09-26-00189-CV, *In re Michael A. Shomate and Brianne K. Shomate*.